| | |
|---|---|
| 1 | Carolyn H. Cottrell (SBN 166977) |
| 2 | Esther L. Bylsma (SBN 264208) |
|   | SCHNEIDER WALLACE |
| 3 | COTTRELL KONECKY LLP |
|   | 2000 Powell Street, Suite 1400 |
| 4 | Emeryville, California 94608 |
|   | Telephone: (415) 421-7100 |
| 5 | Facsimile: (415) 421-7105 |
| 6 | Edwin Aiwazian (SBN 232943) |
|   | Arby Aiwazian (SBN 269827) |
| 7 | LAWYERS *for* JUSTICE, PC |
|   | 410 West Arden Avenue, Suite 203 |
| 8 | Glendale, California 91203 |
|   | Telephone: (818) 265-1020 |
| 9 | Facsimile: (818) 265-1021 |

Attorneys for Plaintiff, the Putative Class, Aggrieved Employees, and the State of California

Tracie Childs (SBN 190806)
Tracie.childs@ogletree.com
Andrew Deddeh (SBN 272638)
Andrew.Deddeh@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

Attorneys for Defendant Kirkland's Stores, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA MILES, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act; | Case No.: 5:18−cv−01559−JWH−SHK |
| | **STIPULATION REGARDING VOLUNTARY DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE** |
| Plaintiff, | Judge: Hon. John W. Holcomb |
| vs. | Filed: May 24, 2018 |
| KIRKLAND'S STORES, INC., | Trial Date: July 21, 2025 |
| Defendants. | |

STIPULATION REGARDING VOLUNTARY DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE
*Miles v. Kirkland's Stores, Inc.,* Case No.: 5:18−cv−01559−JWH−SHK

| | |
|---|---|
| 1 | Pursuant to Federal Rules of Civil Procedure 41(a)(2) and 23(e), this Stipulation of Dismissal is entered into by and between Plaintiff Ariana Miles ("Plaintiff"), by and through her counsel of record, and Defendant Kirkland's Stores, Inc. ("Defendant," and together with the Plaintiff, the "Parties"), by and through its counsel of record, as follows: |

Pursuant to Federal Rules of Civil Procedure 41(a)(2) and 23(e), this Stipulation of Dismissal is entered into by and between Plaintiff Ariana Miles ("Plaintiff"), by and through her counsel of record, and Defendant Kirkland's Stores, Inc. ("Defendant," and together with the Plaintiff, the "Parties"), by and through its counsel of record, as follows:

WHEREAS on June 7, 2024, the Court in the above-captioned action ("Action") set certain pre-trial and trial dates (ECF No. 140) ("Scheduling Order");

WHEREAS on November 21, 2024 and December 9, 2024, the Parties filed a stipulation seeking to reset the dates in the Scheduling Order after the Parties completed private mediation (ECF Nos. 143 and 145);

WHEREAS on November 22, 2024 and December 13, 2024, the Court denied the Parties' stipulation and ultimately provided certain options for the Parties to obtain relief from the Scheduling Order, which included a dismissal and re-filing of the Action (ECF Nos. 144 and 147);

WHEREAS the Parties entered into the Agreement re Voluntary Dismissal and Refiling of Plaintiff's Claims ("Agreement"), which pursuant to the Federal Rules of Civil Procedure ("FRCP") Rule 23(e)(3), the Parties attach hereto as **Exhibit A**;

WHEREAS, pursuant to the Agreement, Plaintiff and Defendant agree that Plaintiff will dismiss this Action, without prejudice, and Plaintiff can refile her claims in the Re-filed Action (as defined in the Agreement);

WHEREAS, Plaintiff and Defendant agree that they are each to bear their own attorneys' fees and costs with respect to the dismissal of this Action;

WHEREAS, the Parties agree and submit that notice to the certified Class is not necessary under Rule 23(e)(A), as the same certified Class claims will be continued in the Re-filed Action, the Class is not prejudiced because the certified claims will be continued in the Re-filed Action, and the notice to the certified class has not yet been provided in the Action and can be provided in the Re-filed Action;

**NOW THEREFORE**, based on the foregoing, the Parties hereby stipulate and request that the Court dismiss the above-captioned action in its entirety, **without** prejudice, with each Party to bear their own attorneys' fees and costs in connection with the dismissal, and the statutes of limitations on all claims brought in the Action are tolled to the extent each was filed on the date the Action was originally filed.

**IT IS SO STIPULATED.**

Date: February 20, 2025            By: /s/ Esther Bylsma

                Carolyn H. Cottrell
                Esther L. Bylsma
                Schneider Wallace Cottrell
                Konecky LLP

                Edwin Aiwazian
                Arby Aiwazian
                Lawyers *for* Justice, PC

                Attorneys for Plaintiff, the Class, the State of California, and all aggrieved employees

Date: February 26, 2025            By: /s/ Tracie Childs

                Tracie Childs
                Andrew Deddeh
                Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

                Attorneys for Defendant