1

2

3                                                                      JS-6

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ARIANA MILES, individually, and on          Case No.: 5:18−cv−01559−JWH−SHK
     behalf of other members of the general
12   public similarly situated and on behalf of   **ORDER GRANTING STIPULATION**
     other aggrieved employees pursuant to        **REGARDING VOLUNTARY**
13   the California Private Attorneys General      **DISMISSAL OF THE ENTIRE**
     Act;                                         **ACTION WITHOUT PREJUDICE**
14
                       Plaintiff,                 Judge: Hon. John W. Holcomb
15
              vs.                                 Filed:  May 24, 2018
16                                                Trial Date: July 21, 2025
     KIRKLAND'S STORES, INC.,
17
                       Defendants.
18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATION REGARDING VOLUNTARY DISMISSAL OF THE ENTIRE ACTION
WITHOUT PREJUDICE
*Miles v. Kirkland's Stores, Inc.*, Case No.: 5:18−cv−01559−JWH−SHK

The Court, having considered the parties' stipulation for voluntary dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and tolling of the statute of limitations, hereby **ORDERS** that the above-captioned action is **DISMISSED** in its entirety, **without prejudice**, with each Party to bear their own attorneys' fees and costs relating to the dismissal, in accordance with the parties' stipulation.

**IT IS SO ORDERED.**

Dated: February 28, 2025

Honorable John W. Holcomb
United States District Judge